UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | | CASE NO: 09-30716 |
| --- | --- | --- |
| William W. Watkins | | (Chapter 13) |
| | Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 0/ 0 | William W. Watkins<br>6625 Coneflower Court<br>Maineville, OH  45039 | 120.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service                    09-30716

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

William W. Watkins                    PAUL J MINNILLO                    (43.1n)
6625 Coneflower Court                 2712 OBSERVATORY AVE              GE MONEY BANK
Maineville, OH  45039                 CINCINNATI, OH  45208            % RECOVERY MANAGEMENT SYSTEMS
                                                                       25 SE 2ND AVE   SUITE 1120
                                                                       MIAMI, FL  33131

(44.1n)
JEREMY R MASON
BOX 498367
5181 NATORP DRIVE SUITE 202
CINCINNATI, OH  45249

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                    cs

0930716_42_20091210_0947_278/T317_cs
###